Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely under section 514, Tariff Act of 1930.

**No. 62494.**—S. Rosenberg Co. v. United States, protest 326551–K (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely under section 514, Tariff Act of 1930.

**No. 62495.**—J. J. Boll v. United States, protest 326894–K (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely under section 514, Tariff Act of 1930.

NOVEMBER 21, 1958

**No. 62496.**—Benziger Bros., Inc. v. United States, protest 301831–K.—Protest abandoned October 27, 1958. (Not published.) Plaintiff's application for rehearing granted.

NOVEMBER 25, 1958

**No. 62497.**—Helena Rubinstein, Inc. v. United States, protests 289222–K, etc.— Protests abandoned October 22, 1958. (Not published.) (Initial No. 190823–K (A).) Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, DECEMBER 1, 1958

**No. 62498.**—David Chow & Company and Castelazo & Associates et al. v. United States, protests 274621–K, etc. (Los Angeles).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron pictures the same in all material respects as those the subject of *Marshall Field & Co.* v. *United States* (45 C. C. P. A. 72, C. A. D. 676), the claim of the plaintiffs was sustained.

**No. 62499.**—The Fan Co. and National Carloading Corp. v. United States, protests 284437–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron pictures the same in all material respects as those the subject of *Marshall Field & Co.* v. *United States* (45 C. C. P. A. 72, C. A. D. 676), the claim of the plaintiffs was sustained.